**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**BRANDI SAVARD**                                                                                                **PLAINTIFF**

**VS.**                                                                        **CAUSE NO. 1:21-CV-0285-HSO-RHWR**

**KEYSTONE MEDICAL SERVICES OF**                                                **DEFENDANTS**
**GULFPORT, INC., ET AL.**

### ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT

HAVING CONSIDERED Defendant Keystone Medical Services of Gulfport, Inc.'s ("*Keystone*") Unopposed Motion to Set Aside Clerk's Entry of Default [Doc. 9], and the parties' agreement in connection therewith, the Court finds that said motion is well taken and should be granted. Accordingly, it is hereby ordered that:

1. The Clerk's Entry of Default [Doc. 7] is hereby set aside; and

2. Keystone shall have through and including October 22, 2021 to respond to Plaintiff's Complaint.

SO ORDERED, this the 6th day of October, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE